IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:11-mc-130

FOR THE MATTER OF THE STATE OF )
NORTH CAROLINA SUBPOENA FOR U.S. )
PROBATION OFFICER JERuSHA MARSH )

FILED
CHARLOTTE, NC
AUG 25 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of Ohio Subpoena for the testimony of U.S. Probation Officer Jerusha Marsh and the production of government records relating to supervised releasee Ronald Eugene Paden. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officer Jerusha Marsh decline to give any pretrial, presentence or supervision information or produce any probation record relating to Ronald Eugene Paden unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

IT IS SO ORDERED this 24th day of August, 2011.

_____
Graham C. Mullen
Senior U.S. District Court Judge